## Schell *v.* Miller North Broad Storage Co., Inc., Appellant.

Argued November 28, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Walter Biddle Saul,* with him *Caroline K. Kenworthy* and *Saul, Ewing, Remick & Saul,* for appellant.

*Harry Shapiro,* with him *Abraham L. Shapiro* and *Shapiro & Shapiro,* for appellee.

PER CURIAM, January 7, 1946:
The judgment of the Superior Court is affirmed on the opinion of Judge RENO.